# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date: August 28, 2006

To: United States Court of Appeals     Attn: (✓)    Civil
       For the Ninth Circuit
       Office of the Clerk                      ( )    Criminal
       95 Seventh Street
       San Francisco, California 94103     ( )    Judge

From: United States District Court
         300 Ala Moana Blvd. Room C-338
         Honolulu, Hawaii 96813

DC No:        CV 04-00385HG           Appeal No:     04-17172

Short Title:     USA vs. Boulware

| | | |
|---|---|---|
| Clerk's Files in | 3 | volumes (✓) original ( ) certified copy |
| Bulky docs | | volumes (folders) docket # |
| Reporter's Transcripts | 1 | volumes (✓) original ( ) certified copy |
| Exhibits | | volumes ( ) under seal |
| | | boxes ( ) under seal |

Other:
-certified copy of docket sheet
-sealed document nos:

Acknowledgment: _____     Date: _____

cc: counsel