RETURNED RECORDS

DATE:   September 14, 2007

TO:     **United States District Court**
        **300 Ala Moana Blvd., Room C-338**
        **Honolulu, HI 96813**

FROM:   U.S. Court of Appeals, Ninth Circuit
        By Hon. Pamela A. Rymer

CA #    04-17172
DC #    CV-04-00385-HG

TITLE:  U.S. v. Boulware

RECORD RETURNED TO DISTRICT COURT:

3   VOL. CLERK'S REC.
1   VOL. TRANSCRIPTS
0   VOL. OVERSIZED DOCS
0   VOL. SEALED DOCS.

cc: Records Unit, USCA - S.F.

RECEIVED
CLERK U.S. DISTRICT COURT
SEP 20 2007
DISTRICT OF HAWAII

-1-